PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sandy Francisco Hernandez  Cr.: 2:04cr898-01
PACTS Number: 36037

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh, U.S.D.J.

Date of Original Sentence: 09/08/06

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine

Original Sentence: Sixty (60) months imprisonment and three (3) years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/24/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for     Years, for a total term of     Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM  (30 days months) (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 30 days commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

### CAUSE

On April 27, 2011, the offender left the District of New Jersey without permission and traveled to New York, where he experienced law enforcement contact with the New York/New Jersey Port Authority Police Department and received a motor vehicle citation. In addition to leaving the district without permission, the offender failed to notify the probation office within 72 hours of any law enforcement contact.

PROB 12B - Page 2
Sandy Francesco Hernandez

On May 2, 2011, the offender informed the probation office he changed employment in mid April. The offender failed to notify the probation office within 72 hours of any change in employment.

Respectfully submitted,

By: Patrick Hattersley
U.S. Probation Officer
Date: 06/03/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/8/11
Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 30 days months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

Witness: _____
United States Probation Officer
Patrick Hattersley

Signed: _____
Probationer or Supervised Releasee
Sandy Francisco Hernandez

5/26/11
DATE